IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AMINUL ISLAM,                                  :
           *Petitioner*,                          :
                                 :
           v.                                  :   **CIVIL NO. 26-5126**
                                 :
JAMAL L. JAMISON et al.,                        :
           *Respondents*.                        :
                                 :

## ORDER

**AND NOW**, this **23rd** day of **July 2026**, upon consideration of the Petitioner's Petition for a Writ of Habeas Corpus (ECF No. 1), and pursuant to 28 U.S.C. § 2243, it is hereby **ORDERED** that the Warden of the Federal Detention Center Philadelphia shall, by **July 27, 2026**, **SHOW CAUSE** as to why the Writ of Habeas Corpus should not be granted.  It is further **ORDERED** that, in order to ensure prompt compliance with this Order, Petitioner's Counsel shall email promptly the relevant filings in this Action to the following email addresses: desiree.wilkins@usdoj.gov; anthony.stjoseph@usdoj.gov; susan.becker@usdoj.gov; and gregory.david@usdoj.gov.

                                     **BY THE COURT:**

                                     _____

                                     **HON. KAI N. SCOTT**
                                     **United States District Court Judge**